```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

TOMMAS LEE COLONEL,

        Petitioner,

vs.                               Case No. 3:05-cv-650-J-20HTS

MICHAEL MCRAE, etc.; et al.,

        Respondents.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before a second or successive habeas corpus application is filed in this Court, Petitioner shall move in the United States Court of Appeals for the Eleventh Circuit for an order authorizing the district court to consider the application. See 28 U.S.C. §2244(b)(3)(A). This Court takes judicial notice of Petitioner's previous filing in this Court: Case No. 3:96-cv-157-J-20HTS. For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d).

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of the Court shall enter judgment accordingly.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 20x day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

sc 7/20
c:
Tommas Lee Colonel

2